```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DEXIA SA/NV, DEXIA HOLDINGS, INC.,   :
FSA ASSET MANAGEMENT LLC, and DEXIA  :
CREDIT LOCAL SA,                     :
                                     :   11 Civ. 5672 (JSR)
           Plaintiffs,               :
                                     :
           -v-                       :
                                     :
DEUTSCHE BANK AG, DEUTSCHE BANK      :
SECURITIES, INC., DB STRUCTURED      :
PRODUCTS INC., ACE SECURITIES CORP., :
and DEUTSCHE ALT-A SECURITIES INC.,  :
                                     :
           Defendant.                :
------------------------------------ x
TEACHERS INSURANCE AND ANNUITY       :
ASSOCIATION OF AMERICA,              :
                                     :   11 Civ. 6141 (JSR)
           Plaintiffs,               :
                                     :
           -v-                       :       ORDER
                                     :
DEUTSCHE BANK AG, DEUTSCHE BANK      :
SECURITIES, INC., DB STRUCTURED      :
PRODUCTS INC., ACE SECURITIES CORP., :
and DEUTSCHE ALT-A SECURITIES INC.,  :
                                     :
           Defendants.               :
------------------------------------ x
```



JED S. RAKOFF, U.S.D.J.

    This Court granted defendants' motions to dismiss in these consolidated cases on January 4, 2013, in part with prejudice and in part without prejudice, and on February 4, 2013, plaintiffs filed Amended Complaints. The Court therefore sets a schedule for briefing on renewed motions to dismiss. In light of the length of the Amended Complaints and the accompanying exhibits, the Court orders that moving papers must be filed by March 21, 2013, opposition papers by April 22,

2013, and reply papers by May 6, 2013.  Oral argument will be held on May 20, 2013, at 4:00 p.m.  However, no extensions of any of these dates will be granted under any circumstance.  All discovery in these cases will remain stayed until the oral argument, at which time the Court will set a schedule for further proceedings.

    SO ORDERED.

Dated: New York, NY
February 7, 2013

                                      JED S. RAKOFF, U.S.D.J.