UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXIA SA/NV; DEXIA HOLDINGS, INC.; FSA ASSET MANAGEMENT LLC; and DEXIA CRÉDIT LOCAL SA,<br><br>        Plaintiffs,<br><br>        v.<br><br>DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES, INC.; DB STRUCTURED PRODUCTS INC.; ACE SECURITIES CORP.; and DEUTSCHE ALT-A SECURITIES INC.,<br><br>        Defendants. | No. 11-cv-5672 (JSR)<br><br>ECF Case |



### NOTICE OF WITHDRAWAL OF APPEARANCE

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Bruce D. Bernstein is no longer associated with Bernstein Litowitz Berger & Grossmann, LLP, and is hereby withdrawn as Counsel for Plaintiffs, Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management LLC and Dexia Credit Local SA, in the above-captioned action. Bernstein Litowitz Berger & Grossman, LP, through the undersigned counsel of record, continues to serve as Counsel for Plaintiffs, Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management LLC and Dexia Credit Local SA in this action and all future correspondence and papers in this action should continue to be directed to them.

Dated: June 12, 2013, 2013            Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *David L. Wales*

Gerald H. Silk
David L. Wales
Rebecca E. Boon
Katherine A. Stefanou
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
rebecca.boon@blbglaw.com
katherine.stefanou@blbglaw.com
*Counsel for Plaintiffs Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management LLC, and Dexia Crédit Local SA*

**SO ORDERED:**

6/14/13     _____
                U.S.D.J.

2