UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEXIA SA/NV, DEXIA HOLDINGS, INC., FSA ASSET MANAGEMENT LLC, and DEXIA CREDIT LOCAL SA,

                Plaintiffs,

- against -

DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DB STRUCTURED PRODUCTS INC., ACE SECURITIES CORP., and DEUTSCHE ALT-A SECURITIES INC.,

                Defendants.

11 Civ. 5672 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., DB Structured Products, Inc., ACE Securities Corp., and Deutsche Alt-A Securities, Inc. are dismissed with prejudice and without costs, said Defendants having neither served an answer to the amended complaint nor a motion for summary judgment.

Dated: July 17, 2013

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:    /s/ David L. Wales
      Gerald H. Silk
      David L. Wales
      Lauren McMillen Ormsbee
      Rebecca E. Boon

      1285 Avenue of the Americas, 38th Floor
      New York, NY 10019
      Tel: (212) 554-1400
      Fax: (212) 554-1444

      jerry@blbglaw.com
      dwales@blbglaw.com
      laurenm@blbglaw.com
      rebecca.boon@blbglaw.com

*Attorneys for Plaintiffs Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management, Inc., and Dexia Crédit Local SA*

SO ORDERED:

_____
U.S.D.J.   7-19-13